NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**ALLOC, INC., BERRY FINANCE N.V., AND VALINGE INNOVATION AB (FORMERLY KNOWN AS VALINGE ALUMINUM AB),**
*Plaintiff-Appellants,*

**v.**

**PERGO, L.L.C.,**
*Defendant-Appellee.*

———————————

2011-1094

———————————

Appeal from the United States District Court for the Eastern District of Wisconsin in Case No. 00-CV-0999, Judge Rudolph T. Randa.

———————————

**JUDGMENT**

———————————

DAVID I. ROCHE, Baker & McKenzie, LLP, of Chicago, Illinois, argued for plaintiffs-appellants. With him on the brief were DANIEL J. O'CONNOR, EDWARD K. RUNYAN and DANIEL A. TALLITSCH.

DONALD R. DUNNER, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, of Washington, DC, argued for defendant-appellee. With him on the brief were JOHN M. WILLIAMSON and MOLLY R. SILFEN. Of counsel on the brief were EDWARD V. FILARDI, DOUGLAS R. NEMEC and EDWARD L. TULIN, Skadden, Arps, Slate, Meagher & Flom, LLP, of New York, New York.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, BRYSON, and LINN, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 28, 2011          /s/ Jan Horbaly_____
Date                       Jan Horbaly
                              Clerk